**James Shannon DOBY, Plaintiff—
Appellant,**

v.

**Jo Anne BARNHART, Commissioner
of Social Security, Defendant—
Appellee.**

No. 03–1349.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 29, 2004.

Decided: May 3, 2004.

James Shannon Doby, Appellant pro se.

Lisa Gail Smoller, Social Security Administration, Boston, Massachusetts, for Appellee.

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Shannon Doby appeals the district court's order accepting the magistrate judge's recommendation to uphold the Commissioner's denial of certain social security benefits. We must uphold the district court's determination if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater*, 76 F.3d 585, 589 (4th Cir.1996). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Doby v. Barnhart*, No. CA–01–376 (M.D.N.C. Jan. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*